UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET A. BEESON,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | NO. CV-07-0289-CI<br><br>**JUDGMENT IN A<br>  CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

DATED this 30th day of October, 2008.

                                              JAMES R. LARSEN<br>
                                              District Court Executive/Clerk

                                              s/ L. Stejskal<br>
                                              Deputy Clerk